Petition for Writ of Mandamus Dismissed for Lack of Jurisdiction and
Memorandum Opinion filed August 14, 2003









Petition for Writ of Mandamus Dismissed for Lack of
Jurisdiction and Memorandum Opinion filed August 14, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00827-CV

____________

 

IN RE JOE NATHAN MILLER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 29, 2003, relator
filed a petition for writ of mandamus in this Court seeking to compel Charles Bacarisse, District Clerk of Harris County, Texas, to
provide relator with certain documents for his use in
pursuing a writ of habeas corpus under art. 11.07, Texas Code
of Criminal Procedure.  

We have no jurisdiction over this original proceeding. Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003).

 

 








We dismiss relator=s petition for writ of mandamus for
lack of juridiction. 

 

PER CURIAM

 

 

Petition
Dismissed and Memorandum Opinion filed August 14, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.